IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(STATESVILLE DIVISION)
Civil Action No. 08–CV—00026

FILED
STATESVILLE, N.C.

NOV 7 2008

U.S. DISTRICT COURT
W. DIST. OF NC

LINCOLN NATIONAL LIFE INSURANCE COMPANY

Plaintiff,

v.

THERESA BEAL,
JERRY C. ARMSTRONG, JR., and
SANDRA B. BOONE

Defendants,

## CONSENT ORDER

Having considered the COMBINED MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF COURT, TO BE DISMISSED, FOR PERMANENT INJUNCTION, AND FOR AWARD OF ATTORNEYS' FEES AND COSTS [Docket Entry No. 21] filed by Plaintiff, Lincoln National Life Insurance Company, for good cause shown and having been notified that all parties consent to the relief requested in said Motion as set forth in this Consent Order, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Lincoln National Life Insurance Company is a disinterested stakeholder who has brought this interpleader case seeking protection from multiple litigation relating to a life insurance policy that it issued, Group Policy No. 000850003111, for Jerry Clifton Armstrong, Sr. (the "Policy");

2. Lincoln National Life Insurance Company is hereby authorized and directed to pay into the registry of this Court the sum of $42,998.00, plus any applicable interest, less $5,000.00 in reasonable attorneys' fees and costs (the "Policy Funds"). The Policy Funds

represent the group life benefits payable as a result of the death of Jerry Clifton Armstrong, Sr. under the Policy <u>plus</u> any applicable interest and <u>less</u> reasonable attorneys' fees and costs incurred by Lincoln National Life Insurance Company as a result of this interpleader case. The $5,000.00 in attorneys' fees and costs represents a compromised amount agreed to by the Parties;

3.   Upon depositing the Policy Funds into the registry of this Court, Lincoln National Life Insurance Company is hereby dismissed with prejudice from this action and discharged from any further liability relating to the Policy; and

4.   Upon depositing the Policy Funds into the Court's registry, defendants are hereby permanently enjoined and restrained from instituting or prosecuting any other proceeding against Lincoln National Life Insurance Company or any of its affiliates in any state or United States court affecting or involving the Policy Funds payable under the Policy by reason of the death of Jerry Clifton Armstrong, Sr..

Signed this 6th day of Nov., 2008.

Richard L. Voorhees
United States District Judge