IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08cv26

| | |
|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY ) ) ) | |
| Plaintiff, ) ) | |
| Vs. ) ) | ORDER |
| THERESA BEAL; JERRY C. ARMSTRONG, JR.; and SANDRA BUMGARNER BOONE, ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the court on periodic case review. While plaintiff has been terminated, it appears that there are a number of cross claims between the remaining parties and that issues have joined as to all such claims. Review of the court's docket reveals that the Clerk of this court entered a Notice on February 18, 2009, that an IAC and CIAC were due within 19 days thereof. The Clerk's notice provided as follows:

> NOTICE pursuant to Local Rule 16.1 you are required to conduct an Initial Attorney's Conference. At the conference, the parties are required to discuss the issue of consent to jurisdiction of a magistrate judge in accordance with Local Rules 16.1(A) and 73.1(C). The Certificate of Initial Attorneys Conference should be filed within 5 days of the conference. If appropriate, a party may file a Motion to Stay the Initial Attorney's Conference. (cbb) (Entered: 02/18/2009)

Since that time, counsel for the respective parties have made no effort to either comply with such notice or the underlying Local Civil Rules which such notice reflects.

The inaction of the parties has resulted in a six month delay of these proceedings. Respective counsel are advised that the Board of Judges set up the Local

Civil Rules in such a manner that cases are driven by the efforts of counsel. It is simply inexcusable for counsel to both ignore the Local Civil Rules and a Notice sent directly to them by the Clerk of this court. By a conservative review, such inattention has resulted in at least a 180 day delay. Unless excusable neglect can be shown under Rule 6, Federal Rules of Civil Procedure, by September 18, 2009, the court will impose a $10 a day penalty for failure to obey the Local Civil Rules or heed the Notice issued by the Clerk of this court. In advance of the anticipated response, respective counsel and the unrepresented party are advised that excusable neglect has been narrowly defined by decisions of the Court of Appeals for the Fourth Circuit.

## ORDER

**IT IS, THEREFORE, ORDERED** that the remaining parties either **SHOW EXCUSABLE NEGLECT** or jointly pay into the Clerk of this court the sum of $1800.00 for non-compliance with the Clerk's notice and the Local Civil Rules of this court not later than September 18, 2009. By such date, respective counsel as well as the unrepresented party shall conduct the required IAC and file with the Clerk of this court their CIAC.

```
                                    Signed: September 10, 2009
```

_____
Dennis L. Howell
United States Magistrate Judge