# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:08cv26

| | |
|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>Vs.<br><br>THERESA BEAL; JERRY C. ARMSTRONG, JR.; and SANDRA BUMGARNER BOONE,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the court on the responses of the respective attorneys to the court's September 11, 2009, Order (#29) concerning counsels' failure to comply with the Local Civil Rules and the instructions of the Clerk of this court as to completion of an Initial Attorneys Conference and the filing a Certificate of Initial Attorneys Conference and proposed Pretrial Order.

On or before October 23, 2009, counsel for the respective parties filed their responses to the court's Order. Review of both responses reveals that it was the certainty of settlement of this interpleader action that caused counsel to neglect the requirements of the Local Civil Rules and the Notice sent by the Clerk of this court. Further review reveals that such neglect was not intentional and only occurred because all remaining counsel or record accidently failed to calendar such due date. Typically, this sort of error does not occur as it is rare that all counsel of record will simultaneously err.

Counsel for Ms. Beal, Mr. Lamm, indicates that he recognized the error, wrote a letter to counsel for Ms. Boone and Mr. Armstrong, but forgot to send the letter. Counsel for Ms. Boone and Mr. Armstrong, in turn, admits that he simply forgot to calendar the matter and was concentrating on the settlement. He has further shown that such error is not typical of his practice as he has successfully represented clients in this district for more than three decades.

In considering what has occurred, the court notes that all counsel are experienced practitioners and are members in good standing with the Bar of this court. The court notes that Mr. Gaines has served the people of this district with distinction for more than three decades without misstep. Likewise, Mr. Lamm has served this district over the last decade appearing in more than a half-dozen federal cases without any problem. While the undersigned typically imposes a $10 penalty for failure to submit the CIAC on time, the undersigned believes that the error in this case was unintentional, that counsel were actively engaged in discovery and settlement attempts during such period, and that counsel have now taken prompt remedial action.

While there has been delay and an unintentional violation of court rules, it appears that parties have otherwise used the time productively and that the error is not likely to reoccur. The court has, therefore, reconsidered imposing a monetary penalty as there may be less severe methods to effectively remedy the problem. The court believes that the delay can be adequately addressed by putting in place an abbreviated Pretrial Order, which will issue this week. Finally, the court has also

considered how to remedy the failure to heed the directions of the Clerk of this Court. As Mr. Gaines is well aware, the deputy clerks in Statesville are an incredible resource for the Iredell County Bar and take particular care in their management of cases in the Statesville Division. The court can only imagine the frustration that the deputy clerks experienced in attempting to move this case forward. The court believes, based on the sincerity of both responses, that the neglect of the Clerk's instructions and the Local Civil Rules can be ameliorated through an apology addressed to the deputy clerks in Statesville. The court will leave it to respective counsel as to what form such apology should take, be it in person, by phone, or by letter.

The court will, therefore, cancel the October 30, 2009, hearing and relieve counsel from the late-filing penalty. An abbreviated Pretrial Order will promptly issue and counsel will consider formulating an appropriate apology to the deputy clerks in Statesville.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Order of September 11, 2009, is **SATISFIED**, the requirement of paying a late filing penalty is **REMOVED**, and the hearing scheduled for October 30, 2009, at 2 p.m. is **CANCELLED**.

Signed: October 26, 2009

_____
Dennis L. Howell
United States Magistrate Judge