# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
## 5:08cv26

| | |
|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | )<br>)<br>) |
| Plaintiff | )<br>) CONSENT ORDER OF<br>) SETTLEMENT AND DISMISSAL |
| vs. | )<br>) |
| THERESA BEAL; JERRY C. ARMSTRONG, JR.; and SANDRA BUMGARNER BOONE, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

THIS MATTER IS BEFORE THE COURT on Defendant's Motion for a Consent Order of Settlement and Dismissal. This matter is now ripe for disposition. Having carefully considered the motion, and noting the consent of Defendants' Counsel, the undersigned will grant the motion.

IT IS THEREFORE, ORDERED that Defendants' Motion for a Consent Order of Settlement and Dismissal is GRANTED.

It is further ORDERED, ADJUDGED AND DECREED:

1. THAT twenty one thousand four hundred forty four dollars and ninety cents ($21,444.90) of the fund paid into the Court's Registry by the Plaintiff pursuant to the Court's Order of November 18, 2009 shall be paid out to the Defendant Theresa Beal through the office of her attorney, Ashley Lamm.

2.  THAT seventeen thousand five hundred forty five dollars and eighty one cents ($17,545.81) of these funds paid into the Court's Registry by the Plaintiff pursuant to the Court's Order of November 18, 2009 shall be paid out to the Defendant, Sandra Boone through the office of her attorney, Edmund L. Gaines.

3.  THAT fifty-five percent (55%) of the interest accrued on the full amount deposited ($38,990.71) shall be paid out to the Defendant Theresa Beal through the office of her attorney, Ashley Lamm.

4.  THAT forty-five percent (45%) of the interest accrued on the full amount deposited ($38,990.71) shall be paid out to the Defendant Sandra Boone through the office of her attorney, Edmund L. Gaines.

5.  THAT the crossclaims of the Defendants shall be dismissed with prejudice and that each party shall bear his or her own costs.

Signed: January 5, 2010

Richard L. Voorhees
United States District Judge